1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10
11
12
13
14
15
16
17
18

| | |
|---|---|
| STEPHEN MCINTEER, | ) Case No. CV 12-5515 JCG |
|       Plaintiff, | ) |
|       v. | ) **JUDGMENT** |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | ) |
|       Defendant. | ) |

19
20

     IT IS ADJUDGED that the decision of the Commissioner of the Social

21

Security Administration is **AFFIRMED**.

22
23

DATED: March 29, 2013

24
25

_____

26

Hon. Jay C. Gandhi
United States Magistrate Judge

27
28