# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

STEPHEN MCINTEER,

       Plaintiff,

     v.

CAROLYN W. COLVIN, ACTING
COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION,

       Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. CV 12-5515 JCG

**JUDGMENT**

     IT IS ADJUDGED that the decision of the Commissioner of the Social
Security Administration is **AFFIRMED**.

DATED: March 29, 2013

_____

Hon. Jay C. Gandhi
United States Magistrate Judge